IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENTERPRISE FINANCIAL GROUP, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| NORTH AMERICAN VEHICLE INSURANCE SPECIALISTS, LLC d/b/a NAVISS; VSC SERVICES 101, LLC; VSC ADMINISTRATION SERVICES CENTER; WARRANTY CONSULTANTS GROUP, LLC; CLAYTON LOGOMASINI, an Individual; and JASON CHRISCO, an Individual; | § § § § § § § § § § § | CIVIL ACTION NO.: 3:15-cv-02036-B |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE

COMES NOW, Enterprise Financial Group, Inc. and files this Notice of Nonsuit Without Prejudice of Defendants Gary Primm, United Auto Defense, LLC, Richard Podhorn, Todd Beikmann, and National Repair Protection, LLC. Simultaneously with this filing, Plaintiff has filed a First Amended Complaint which, in effect, has nonsuited and dismissed without prejudice, the above-listed Defendants.

Counsel for Defendants Gary Primm and United Auto Defense, LLC have stipulated and agreed, in writing, such Defendants' consent to nonsuit without prejudice. Such writing is attached hereto as Exhibit "A."

Counsel for Defendants Richard Podhorn and National Repair Protection, LLC have stipulated and agreed, in writing, to the nonsuit and dismissal without prejudice of same. Such writing is attached hereto as Exhibit "B."

PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE – Page 1

Defendant Todd Beikmann is not represented by counsel. Defendant Beikmann has stipulated and agreed, in writing to the nonsuit and dismissal without prejudice of same. Such writing is attached hereto as Exhibit "C."

Respectfully submitted,

SHIELDS LEGAL GROUP

/s/ Bart F. Higgins
James D. Shields
State Bar No. 18260400
Bart Higgins
State Bar No. 24058303
David A. Shields
State Bar No. 24083838
16301 Quorum Drive, Suite 250B
Addison, Texas 75001
(972) 788-2040 -Main
(972) 788-4332 –Facsimile
Email: jshields@shieldslegal.com
bhiggins@shieldslegal.com
dshields@shieldslegal.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF CONFERENCE

Counsel for Plaintiff hereby certifies that on this date, the 14th day of July, 2015, counsel for Plaintiff conferred with counsel for Defendants Gary Primm and United Auto Defense, LLC, George N. "Trey" Wilson III and Christopher L. Gordon and reached an agreement stipulating the nonsuit and dismissal without prejudice of same from this suit.

Counsel for Plaintiff hereby certifies that on this date, the 14th day of July, 2015, counsel for Plaintiff also conferred with David F. Neiers, counsel for Defendants Richard Podhorn and National Repair Protection, LLC, and reached an agreement stipulating the nonsuit and dismissal without prejudice of same from this suit.

Counsel for Plaintiff hereby certifies that on this date, the 14th day of July, 2015, counsel for Plaintiff also conferred with Todd Beikmann, who is unrepresented, and reached an agreement stipulating the nonsuit and dismissal without prejudice of same from this suit.

/s/ Bart F. Higgins
Bart F. Higgins

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015 the foregoing was served on all counsel of record via the Court's ECF system in accordance with the Federal Rules of Civil Procedure.

William H. Church, Jr.
Daniel D. McGuire
Polsinelli, PC
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201

Jeffrey Kass
William Meyer
Polssinelli, PC
1515 Wynkoop, Suite 600
Denver, CO 80202

George N. Wilson, III
Christopher L. Gordon
Thompson Coe
Plaza of the Americas
700 N. Pearl St., 25th Floor
Dallas, Texas 75201

David F. Neiers
Sandberg Phoenix & von Gontard P.C.
120 S. Central Avenue, Suite 1420
St. Louis, MO 63105

)

/s/ Bart F. Higgins
Bart F. Higgins

**Bart Higgins**
___

| | |
|---|---|
| **From:** | Wilson, Trey <TWilson@thompsoncoe.com> |
| **Sent:** | Tuesday, July 14, 2015 2:58 PM |
| **To:** | Bart Higgins |
| **Cc:** | Gordon, Christopher |
| **Subject:** | Gary Primm and Unted Auto Defense |

Bart:

This will confirm that United Auto Defense and Gary Primm agree to Enterprise Financial Group's proposed motion to amend its pleadings to dismiss United Auto Defense and Gary Primm from this lawsuit without prejudice.

Please let me know if you need anything else. Thanks,

Trey



George (Trey) N. Wilson III
**Thompson Coe Cousins & Irons, L.L.P.**
700 N. Pearl St. | 25th Floor | Dallas, TX. 75201
Ph: 214.871.8283 | Fax: 214.871.8209
twilson@thompsoncoe.com
bio | vcard | web

___

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.



1

**Bart Higgins**

---

**From:** David F. Neiers <dneiers@sandbergphoenix.com>
**Sent:** Tuesday, July 14, 2015 4:16 PM
**To:** Bart Higgins
**Subject:** RE: EFG v. NAVISS, et al.3:15-cv-02036-B

Bart,

I consent as we discussed and as you provide below. Thank you for the courtesy.

David F. Neiers
Shareholder
Sandberg Phoenix & von Gontard P.C.
120 S. Central Avenue, Suite 1420
St. Louis, MO 63105
Direct: 314-425-4950
Tel: 314-231-3332
Fax: 314-241-7604
dneiers@sandbergphoenix.com
http://www.sandbergphoenix.com

Download my V-Card

CONFIDENTIALITY NOTICE:
This e-mail message and any attachments are confidential, and may contain information that is privileged, attorney-client communication or work product. If you have received this communication in error, please immediately notify the sender at 314-231-3332 or by reply e-mail, and delete this e-mail message and any attachment(s) from your system.

---

**From:** Bart Higgins [mailto:bhiggins@shieldslegal.com]
**Sent:** Tuesday, July 14, 2015 4:12 PM
**To:** David F. Neiers
**Subject:** EFG v. NAVISS, et al.3:15-cv-02036-B

David, Could you kindly send me a reply email confirming that you have consented to EFG non-suiting National Repair Protection and Richard Podhorn without prejudice in the above-referenced case? Although we both agreed, I do not need your clients' consent before I file the notice or stipulation of non-suit, I just wanted to be able to show the Court that I reached out to you as a professional courtesy and you consented on behalf of your clients -- Richard Podhorn and National Repair Protection. I was able to get ahold of Todd Beikmann who also provided his consent. Thanks BFH

**Legal Solutions. Business Insight. Your Trusted Advisor.**

Bart F. Higgins
**SHIELDS LEGAL GROUP**
Attorney
Direct Dial: 469-726-3083
Office Main: 972-788-2040
Office Fax: 972-788-4332
16301 Quorum Dr., Ste. 250B
Addison, TX 75001
bhiggins@shieldslegal.com
www.shieldslegalgroup.com

Exhibit B

1

## Bart Higgins

**From:** Todd Beikmann <tbeikmann@kc.rr.com>
**Sent:** Tuesday, July 14, 2015 4:28 PM
**To:** Bart Higgins
**Subject:** RE: EFG v. NAVISS, et al.3:15-cv-02036-B

I give my consent

Todd Beikmann
913 706-1593

---

**From:** Bart Higgins [mailto:bhiggins@shieldslegal.com]
**Sent:** Tuesday, July 14, 2015 4:19 PM
**To:** tbeikmann@kc.rr.com
**Subject:** EFG v. NAVISS, et al.3:15-cv-02036-B

Todd, Could you kindly send me a reply email confirming that you have consented to EFG non-suiting the claims against you without prejudice in the above-referenced case? Thanks BFH

**Legal Solutions. Business Insight. Your Trusted Advisor.**

Bart F. Higgins
SHIELDS LEGAL GROUP
Attorney
Direct Dial: 469-726-3083
Office Main: 972-788-2040
Office Fax: 972-788-4332
16301 Quorum Dr., Ste. 250B
Addison, TX 75001
bhiggins@shieldslegal.com
www.shieldslegalgroup.com





This e-mail message is confidential and is being sent by or on behalf of Shields Legal Group, P.C. The information contained in this e-mail may be protected from disclosure by one or more privileges, including without limitation, the attorney-client communication privilege. If you are not the intended recipient, please notify the sender immediately at (469) 726-3064 and/or by reply e-mail, and immediately destroy this message. You should not copy it or disclose its contents to any other person. Please note that internet communications are not secure; are subject to possible data corruption, either accidentally or on purpose; and may contain viruses. This e-mail message does not contain or constitute legal advice and/or federal tax advice. The contents of this e-mail message are not intended to be used and cannot be used to avoid penalties under the Internal Revenue Code, or to promote, market, or recommend to any person any transaction or matter addressed herein.



Exhibit C